PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 04-CR-1843-001-DMS |

| DOCKET NUMBER (Rec. Court) |
|---|
| 1: 06 CR 00237 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marco Vinisio SOSA<br>5739 N. Cedar Ave. #249<br>Fresno, CA 93710 | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Dana M. Sabraw | |
| | DATES OF SUPERVISED RELEASE | FROM 3/15/05 | TO 3/14/07 |

**FILED**
JUL 0 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Marijuana, a Class D felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6-20-06_
Date

_/s/ Dana M. Sabraw_
Dana M. Sabraw
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

_7-5-06_
Effective Date

_/s/_
United States District Judge

cmd/cmd